AO 442    (Rev. 10/03) Warrant for Arrest    

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Phillip Amisano-Camillo

**SEALED**

**WARRANT FOR ARREST**

Case Number: 3:12-cr-177-P

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Phillip Amisano-Camillo__
                                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Enticement of a Minor; Travel with Intent to Engage in a Sexual Act with a Minor

in violation of Title 18    United States Code, Section(s)    2422(b) and 2423(b) and (e)

__Karen Mitchell, U.S. District Court Clerk__          _Karen Mitchell_ (signature)
Name and Title of Issuing Officer                         Signature of Issuing Officer

__United States Magistrate Judge Irma C. Ramirez__    __Jun 20, 2012__         __Dallas, TX__
                                                                              Date                          Location

By: s/C. Fisher
    Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Peace Arch Port of Entry, Blaine WA |

| DATE RECEIVED 6/21/12 | NAME AND TITLE OF ARRESTING OFFICER  Monica Larros /SA/HSI | SIGNATURE OF ARRESTING OFFICER  [signature] A01279 |
| DATE OF ARREST 6/21/12 | | |