FILED ____ ENTERED
LODGED ____ RECEIVED

JUN 22 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Magistrate Judge Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP AMISANO-CAMILLO, <br><br> Defendant. | NO. MJ12-0338 <br><br> MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___ Crime with a maximum sentence of life imprisonment or death

    ___ Drug offense with a maximum sentence of ten years or more

    ___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

    _X_ Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
ORDER/AMISANO-CAMILLO - 1
MJ12-0338

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | __ | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 3 | __ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 5 | _X_ | Serious risk the defendant will flee |
| 6 | __ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

7  2.  <u>Reason for Detention</u>.  The Court should detain defendant because there are

8  no conditions of release which will reasonably assure (check one or both):

9       _X_   Defendant's appearance as required

10      _X_   Safety of any other person and the community

11      3.    <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable

12 presumption against defendant under § 3142(e). The presumption applies because:

13      __    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

15      __    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

17      __    Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

19      _X_   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21  //
22  //
23  //
24  //
25  //

MOTION FOR DETENTION
ORDER/AMISANO-CAMILLO - 2
MJ12-0338

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

   _X_   At the initial appearance

   ___   After continuance of ____ days (not more than 3)

5. <u>Other matters</u>

DATED this __22nd__ day of __June__, 2012.

          Respectfully submitted,

          JENNY A. DURKAN
          United States Attorney

          /s/ Jill Otake
          JILL OTAKE
          Assistant United States Attorney

MOTION FOR DETENTION
ORDER/AMISANO-CAMILLO - 3
MJ12-0338

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970