UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP AMISANO-CAMILLO,

    Defendant.

Case No. MJ12-338

**DETENTION ORDER**

Offenses charged:

    Enticement of Minor and Travel with Intent to Engage in a Sexual Act with a Minor.

Date of Detention Hearing: June 28, 2012.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant is charged with a crime that carries a presumption of detention. He has failed to overcome the presumption. Defendant is charged in the Northern District of Texas. The

DETENTION ORDER - 1

government has proffered he has committed similar crimes in numerous states and that he thus has engaged in a pattern of committing sex offenses. The fact the allegations in Texas do not appear to be an isolated incident establishes defendant poses a serious risk of harm to the community that no condition of release can address. Defendant is also a citizen of Canada and has many family members who live in that country. As a foreign national facing serious charges and significant imprisonment if convicted, he has the incentive to flee. He poses a serious risk of flight.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge